# United States District Court
# For The Western District of North Carolina
# Statesville Division

KAREN DENISE WITHERSPOON,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:12CV76

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2012, Order.

                                            Signed: June 21, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court