# United States District Court
# For The Western District of North Carolina
# Statesville Division

KAREN DENISE WITHERSPOON,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:12CV76

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2012, Order.

                                               Signed: June 21, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court